IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NATIONAL LIABILITY & FIRE INSURANCE COMPANY                    PLAINTIFF

V.                                                      CASE NO. 1:24-cv-TBM-RPM

JAY FOSTER, P.L.L.C;
JAMES RAY FOSTER, III; SHEILA FOSTER
DOROTHY J. ANDERSON; AND
DOROTHY ANDERSON                                                DEFENDANTS

EXPEDITED MOTION TO SEAL EXHIBIT TO COMPLAINT

Plaintiff National Liability & Fires Insurance Company, by and through its counsel of record, Pursuant to L.U. Civ. R. 79(e)(3), files its Motion to Seal an Exhibit to the Complaint and in support, shows as follows:

1. Exhibit "J" to the Complaint [ECF No. 1-11] is a "Notice of Bar Complaint" filed against Defendant James Ray Foster, III ("Foster").

2. Plaintiff requests that the exhibit be sealed from access by the public and litigants, with only Court personnel having access. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). The decision whether to allow public access to court records is left to the "sound discretion of the trial court[,] ... to be exercised in light of the relevant facts and circumstances of the particular case." *Id*. at 599.

3. "In exercising its discretion to seal judicial records, the court must balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Wayeynberghe*, 990 F.2d 845, 848 (5th Cir. 1993). Public access of judicial records "serves to promote trustworthiness of the judicial process, to curb judicial abuses, and to provide the public with a more complete understanding of the judicial system, including a better perception of its fairness." *Id*. at 850 (quoting *Littlejohn v. BIC Corp.*, 851 F.2d 673, 678 (3d Cir. 1988)). However,

a court must consider "relevant facts and circumstances of the particular case." *Id*. at 849 (quoting *Nixon*, 435 U.S. at 599).

4. The balance between the public's common-law right of access to judicial records and the relevant facts and circumstances of the particular case weigh in favor of sealing Exhibit "J", which can be found at docket entry 1-11.

Respectfully submitted, this the 16th day of August, 2024.

                                                National Liability & Fire Insurance Company

                                                By: *s/ Sidney E. Lampton*
H. Rusty Comley (MSB # 102307)
Sidney E. Lampton (MSB # 105957)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 3000
Post Office Box 650
Jackson, MS 39205-0650
TEL: (601) 965-1900
FAX: (601) 965-1901
rcomley@watkinseager.com
slampton@watkinseager.com

*Attorneys for Plaintiff*