IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
PLAINTIFF

vs.                                        CIVIL ACTION NO.: 1:24-cv-246-TBM-RPM

JAY FOSTER, P.L.LC.;
JAMES RAY FOSTER, II; SHEILA FOSTER;
DOROTHY J. ANDERSON; AND
DOROTHY ANDERSON                                              DEFENDANTS

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff National Liability & Fire Insurance Company and Defendants Jay Foster, P.L.L.C, James Ray Foster, II, Sheila Foster, Dorothy J. Anderson, and Dorothy Anderson (collectively, "Defendants"), hereby stipulate to the dismissal with prejudice of all claims brought by Plaintiff against Defendants in this action. This civil action has been fully compromised and settled, there remain no issues to be litigated by or between the parties, and all parties consent to the entry of final judgment in this action. As such, this matter is fully resolved, and the case can be closed with the Court to retain jurisdiction to enforce the settlement agreement entered into by Plaintiff and Defendants Jay Foster, P.L.L.C, James Ray Foster, III, and Sheila Foster. All parties are to bear their own attorney's fees and costs pursuant to their respective settlement agreements.

Respectfully submitted, this the 31st day of July, 2025.

                                        NATIONAL LIABILITY & FIRE
                                        INSURANCE COMPANY

                                        */s/ Sidney E. Lampton*
                                            SIDNEY E. LAMPTON

1

OF COUNSEL:

Hugh Ruston Comley (MS Bar No. 102307)
Sidney E. Lampton (MS Bar No. 105957)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi 39205-0650
Telephone:  (601) 965-1941
Facsimile:  (601) 965-1901
rcomley@watkinseager.com
slampton@watkinseager.com

*Attorneys for Plaintiff National Liability & Fire Insurance Company*

STIPULATION OF DISMISSAL AGREED TO BY:

*/s/ James R. Foster, II*
James (Jay) R. Foster, II
JAY FOSTER, PLLC
1019 Legion Lane
Ocean Springs, Mississippi 39564
T: 228-872-6687
F: 228-875-6687
E: jay@jayfosterlaw.com

*Attorney for Defendants James R. Foster, II,
Jay Foster, P.L.L.C, and Sheila Foster*

– AND –

*/s/ Hall. S. Spragins*
Hal. S. Spragins
HICKMAN, GOZA & SPRAGINS
P.O. Drawer 668
Oxford, Mississippi 38655-0668
T: 662-234-4000
F: 662-234-2000
E: sspragins@hickmanlaw.com

*Attorney for Defendant Dorothy Anderson*

– AND –

*/s/ Ronald V. Johnson, IV*
Ronald V. Johnson, IV
DEAKLE-JOHNSON LAW FIRM
P.O. Box 2072
Hattiesburg, Mississippi 39403
T: 601-544-0631
F: 601-544-0666
E: rvjohnson@djlawms.com

*Attorney for Defendant Dorothy J. Anderson*